# UNITED STATES DISTRICT COURT
for the
Hammond Division

**SEALED**

United States of America
v.

Adam Russell Hegyi

*Defendant(s)*

Case No. 2:17MJ 90

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  1/1/15 through on or about 6/2/17  in the county of  Lake  in the  Northern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1470 | Transfer of Obscene Matter to a Person Under Age 16 |
| 18 U.S.C. 2261A(2) | Stalking Via Electronic Communication Service |

- FILED -

JUN 0 2 2017

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

This criminal complaint is based on these facts:
See Affidavit, attached.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Nikkole Robertson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/02/2017

City and state:  Hammond, Indiana

s/ Andrew P. Rodovich
*Judge's signature*

Judge Andrew P. Rodovich
*Printed name and title*

SEALED

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nikkole Robertson, Special Agent of the Federal Bureau of Investigation (FBI), Indianapolis Field Office, Merrillville Resident Agency, being duly sworn, depose and state as follows:

### INTRODUCTION

1. I have been employed as a Special Agent since December of 2004, and have been assigned to the FBI GRIT (Gang Response Investigative Team) Task Force since September 2016. Prior to my assignment at GRIT, I was assigned to the FBI's Chicago Field Office, Crimes Against Children Task Force. Prior to my employment as a Special Agent I was a police officer in Sauk Village, Illinois for about six years. I have investigated federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography. I have gained experience through training with the FBI and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws.

2. What follows are the facts that I believe are necessary to establish probable cause for the issuance of a criminal complaint alleging that between on or about January 1, 2015 and June 2, 2017, Adam Russell HEGYI (hereafter HEGYI) violated Title 18, United States Code,

1

Section 1470, by using a facility or means of interstate commerce to knowingly transfer obscene matter to an individual under the age of 16, and also violated Title 18, United States Code, Section 2261A(2), by using an interactive computer service or electronic communication service or electronic communication system of interstate commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to another person with intent to injure, harass, intimidate, or place that person under surveillance.

3.  The facts set forth herein are either personally known to me or have been told to me directly by law enforcement officers and others with whom I have worked on this investigation. I have not included in this affidavit each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4.  On October 25, 2015, the minor victim, A.S., who was 13 years old, reported to the Rowan County Sheriff's Office (RCSO), North Carolina, that Adam Russell HEGYI, was enticing her to send nude photographs and videos of herself. A.S. reported sextortion began after A.S. sent HEGYI a nude picture of herself at the request of HEGYI. She stated that HEGYI then began accusing A.S. of being promiscuous, calling her names, and threatening to post the nude picture online unless she continued to send him nude pictures. According to A.S., at some point in 2015, when A.S. was 12 years old, she met HEGYI online. A.S. told HEGYI initially that she was 19 years old but later admitted that she was 13 years old. According to A.S., HEGYI said he did not care how old she was and that her only being 13 did not matter to him.

2

5. Prior to the report to the Rowan County Sheriff's Office, when the parents of A.S. found out about A.S. communicating with HEGYI earlier in 2015, they instructed A.S. to no longer contact HEGYI. A.S.'s parents also contacted HEGYI and told him to cease contact with their daughter. However, according to A.S. and unbeknownst to her parents, A.S. re-established contact with HEGYI. HEGYI then continued asking for nude pictures of A.S., and she continued to send him nude pictures of herself, to include pictures of her breasts and genitalia. In October 2015, A.S. became distraught and called the Rowan County Sheriff's Office to report HEGYI threatening her. After the report was filed with Rowan County Sheriff's Office, A.S.'s cell phone was turned over to Rowan County Sheriff's Office. A.S.'s parents gave consent for the data to be downloaded from the cell phone. Deputy S. N. Hill with the Rowan County Sheriff's Office contacted HEGYI at cell phone number 219-776-9041 and left a voicemail for HEGYI to cease contact with the minor and to call the Sheriff's Office if he had any questions. A.S.'s parents then restricted A.S. by only allowing her to communicate via wi-fi at home. A.S. uses Facebook to communicate with her parents and friends.

6. On December 9, 2015, A.S. was interviewed forensically by a trained interviewer of children. During the interview, A.S. provided the following information:

    a. A.S. and HEGYI met on Omegle and also communicated through KIK, Snapchat, Skype, Instagram, Facebook, and FaceTime.

    b. A.S. and HEGYI participated in video chats and engaged in various sexual acts. A.S. and HEGYI never met in person.

3

  c. HEGYI encouraged A.S. to harm herself and told A.S. multiple times to commit suicide.

  d. A.S. learned from their interactions that HEGYI lived in Indiana, had a girlfriend named "Mandy," and that his profile pictures from KIK and Facebook matched those of the pictures that she had received from his cell phone, 219-776-9041.

7. Detective C. Gordy, RSCO, performed a consensual download of A.S's cellular telephone on November 24, 2016. Special Agent Cataldo of the Charlotte Field Office of the FBI reviewed the cell phone data belonging to A.S. and discovered multiple selfie pictures of HEGYI and numerous pictures of HEGYI displaying his penis. Two nude pictures of A.S. were also found on the cell phone. One such picture was taken on August 7, 2015, and was deemed child pornography as A.S. is completely nude, exposing her breasts and genitalia. Approximately seven pictures of HEGYI'S penis were found on the Minor's cell phone, at least ones that could be positively identified via HEGYI'S face, tattoos, or the background of the picture from a series of pictures that included HEGYI'S face. All of these pictures were located in the KIK folder on the cell phone and were from the timeframe of September 13, 2015, to October 23, 2015. A.S. admitted that she had sent many pictures of herself nude as well as received many pictures from HEGYI, including multiple pictures of HEGYI'S penis. In addition, multiple selfies of HEGYI were found, including pictures of HEGYI wearing a work shirt with the name "Adam" embroidered on them. In the contacts of the phone, the cell phone number 219-776-9041 is listed as "Ah".

8. On April 28, 2016, the Minor positively identified herself in one of the pictures found on her cell phone. S.A. Cataldo deemed the picture to be child pornography as it depicted the Minor's genitalia in a lewd and lascivious manner. The picture is a screenshot of a Skype video call on October 11, 2015, believed to be a call between A.S. and HEGYI. The picture depicts the following:

   a. The Minor is lying on her back wearing a gray bra. She is nude from the waist down and her legs are spread open. Her genitalia is the focus of the picture. Her right hand is touching her vagina. The picture is a screenshot from a Skype video chat as in the bottom right of the picture is a picture-in-a-picture, that is, an inlay of the screen of the other person involved in the conversation. On the second screen is a penis.

9. On March 9, 2017, a follow-up interview with A.S. revealed HEGYI has contacted her multiple times since her initial report and as recently as earlier that day at 12:57 pm. A.S. reported HEGYI got upset with A.S. in February of 2017 and told her he has her home address. HEGYI threatened to rape A.S., kill her, and kill her parents. A.S. later received a message that HEGYI was dead, but then he messaged her and asked, *"Can we just be friends?"* According to A.S., these messages were received via Facebook Messenger to A.S.'s account from the display name Adam HEGYI, username adam.hegyi. The username was identified by the information contained above the message which showed the profile account of display name Adam HEGYI described as "Payload Operator at [Company name]." A.S. added him as a friend on December 6, 2014. A.S. also said HEGYI started trying to talk to her again in the fall of 2016

5

via Snapchat, Instagram, and KIK, but A.S. blocked him from all of those applications. A.S. has not responded to HEGYI other than to say "*please stop*" or "*stop talking to me.*"

10. On March 15, 2017, A.S. received a message from Facebook display name Adam HEGYI. The message stated the following:

   a. *Lol bye you ugly fucked up nose having huge titty fat whore. Your pussy looks like rotten beef. I have a family now and am NEVER ever ever talking to you again. I'm sending out about 400 pictures, your address and school address to a random guy online to do whatever he wants with. BYE forever [the Minor's name].*

11. Later that same day, A.S. was contacted by KIK display name "hellohello." It states the following:

   a. *I have your address and the names and Facebook sites of everyone in your family. I'm going to send all your nudes to [Minor's mother's name] and [Minor's father's name] (your parents). Then maybe I'll come to [Minor's street address] and hurt you. If you don't want any of this to happen, you need to send more pics WITHOUT your face in them. You have 60 minutes starting now.*

12. KIK was contacted but was unable to advise any information because the display name "hellohello" is not the username associated with the account that sent this message.

13. On May 25, 2017, HEGYI attempted to call A.S. via Facebook at approximately 3 pm using Facebook display name "Adam Hegg", but the minor hung up on him. SA Cataldo later identified the username associated with the account that contacted the Minor to be adam.hegg.7.

6

A.S. took two screenshots of her Facebook. The screenshots show HEGYI attempted to call A.S. again at 9:04 pm. The following messages were also in the screenshots:

    a. *You're a liar [The Minor's first name]...*

    b. *You made it clear by blocking me again that it's not even gonna happen again in 3 years*

    c. *Of you're gonna have people text me I'm gonna do some shit back.*

    d. *QUIT HAVING LITTLE MEXICAN FUCK BOYS TEXT ME*

14. On May 25, 2017, at 9:56 pm, A.S.'s mother was contacted via Facebook Messenger by display name "Djdidj Sbsnksk", username djdidj.sbsnksk.3. The messages are described below:

    a. The first message is a selfie picture of A.S. wearing only floral panties with her breasts exposed. She is standing next to a bed with a camouflage comforter. A.S.'s mother identified A.S. in the picture as well as the location, a bedroom in A.S.'s father's house. A.S.'s mother advised this picture was taken by A.S.'s iPhone 6S which was taken in evidence by Rowan County Sheriff's Office in November of 2015. SA Cataldo viewed this picture and deemed it child erotica.

    b. The second message is a selfie picture of A.S. wearing only a gray t-shirt with a heart and writing on it. A.S. is reclining with her legs spread open, exposing her genitalia. Again, A.S.'s mother advised this picture was of A.S. and was taken by A.S.'s iPhone 6S which was submitted into evidence by Rowan County Sheriff's Office in November of 2015. SA Cataldo viewed this picture and deemed it child pornography.

7

    c. The third message read *"Your daughter is so hawt."*

15. On May 25, 2017, A.S.'s father received a message request from Facebook display name "Djdidj Sbsnksk." When the request was opened, the message appeared to be a screen shot of a Facebook messages and was labeled "Adam Heggi" and contained the following messages which appear to be dated November 1, 2015:

    a. *Eric. Please tell your slut daughter to leave me alone. She constantly texts me still. I do not want to get I teou me so tell her to stop or I will call the cops too.*

    b. *She's a fucking nasty slit and I have all kinds of pics of her tits and pussy. She also gave me her address. [the street address of the Minor is listed].*

16. On May 26, 2017, SA Cataldo reviewed the Facebook account djdidj.sbsnksk.3 with the display name Djdidj Sbsnksk. This account had no profile picture, but appears to be linked to the account Adam Heggi as seen by A.S.'s father's Facebook message request. SA Cataldo reviewed Facebook user ID 100006909699441 with display name "Adam Heggi" and found no profile picture, but the account appears to be linked to the Djdidj Sbsnksk account listed above. SA Cataldo reviewed Facebook username adam.hegg.7 with a display name "Adam Hegg". The profile of adam.hegg.7 was positively identified as Adam HEGYI via the profile picture as compared to the Indiana Department of Motor Vehicles driver's license photograph of HEGYI. SA Cataldo sent preservation requests for the following Facebook profiles: djdidj.sbsnksk.3, 100006909699441, and adam.hegg.7.

17. On May 30, 2017, SA Cataldo reviewed the Facebook account with the display name Adam HEGYI, username adam.hegyi. SA Cataldo positively identified Adam HEGYI via

8

the profile picture. SA Cataldo sent a preservation request for HEGYI's Facebook account, adam.hegyi.

18. On May 30, 2017, A.S. advised her mother that multiple students at her high school were sent photographs of A.S. via Facebook. Based on this information, emergency disclosure requests were sent to Facebook for the four accounts listed above on May 31, 2017, based on needing exigent information to stop the dissemination of child pornography and to keep A.S. from harming herself, and also to ensure that HEGYI does not harm A.S. or her family.

19. On May 30, 2017, SA Cataldo searched a public database for HEGYI and found an adult female who will be referred to herein as simply "Amanda" as having a vehicle registered at 6782 West 158th Lane, Lowell, Indiana 46356. That same individual is identified as a relative of HEGYI. The full name of the individual was searched further and was found to have a residential address of 1885 Peachtree Court, Crown Point, Indiana 46307. A cell phone listed for the individual was found to be 219-776-9041, HEGYI's cell phone.

20. On May 30, 2017, A.S.'s mother informed SA Cataldo that multiple students at A.S.'s school had received pictures of A.S. from a Facebook account. A.S.'s mother reported that A.S. was distraught.

21. On May 31, 2017, SA Cataldo sent Facebook an emergency request for IP addresses associated with all four Facebook accounts based on the fact that child pornography was being distributed and information that A.S. had suicidal thoughts. Facebook responded to the emergency request for IP addresses for the following Facebook accounts believed to be utilized by Adam HEGYI:

9

    a. All four Facebook accounts utilized the IPv6 (Internet Protocol Version 6 – the most recent version of IP addresses) address 2601:243:c900:42c3:5484:1cd7:6e1e:5167 (hereinafter listed as IPv6 #1). The accounts adam.hegyi, and adam.hegg.7 utilized the IPv6 address 2601:243:c201:bae3:d4ef:28d4:dcc1:55da (hereinafter listed as IPv6 #2).

22.     The djdidj.sbsnksk.3 account was created on May 26, 2017, at 9:45 pm EST and was last accessed May 27, 2017, at 12:22 pm EST. This is the account that sent child pornography to A.S.'s mother on May 25, 2017, at 9:56 pm EST.

23.     The Facebook accounts adam.hegyi, adam.hegg.7, and 100006909799441 were all verified with cell phone number 219-776-9041. This means that Facebook sent that cell phone a unique code associated with each individual account that was then entered by the user to verify the Facebook account with a working cell phone number. The account djdidj.sbsnksk.3 did not have a cell phone associated with it.

24.     On May 31, 2017, Comcast responded to an emergency request for the subscriber information associated with the IPv6 addresses. The IPv6 #1 returned to an individual referred to herein as "Individual A" with a street address known to law enforcement (but which is different from the SUBJECT PREMISES) in Crown Point, Indiana. The IPv6 #2 returned to an individual known to be the mother of Adam Hegyi's girlfriend "Amanda" at the SUBJECT PREMISES.

25.     On May 31 and June 1, 2017, FBI Staff Operations Specialist (SOS) Tracy Scheible researched Facebook for "Amanda" and found a display name with "Mandy" and the last name of Adam Heigyi's girlfriend. Multiple pictures of Amanda and HEGYI are on the Facebook page, either in photos or profile pictures, which appear to confirm the intimate nature

10

of their relationship. SOS Schieble researched Individual A and found a Facebook display name of a person referred to herein as "Individual B." Individual B is Facebook friends with HEGYI's adam.hegyi account. Based on SOS Schieble's review of Facebook accounts associated with Individuals A and B, law enforcement believes Individual A to be the mother of Individual B.

26.     SA Cataldo researched Individual A in a public database and found that she has used multiple names including those found on Facebook. In addition, it appears that Individual A and Individual B live at the same address in Crown Point, Indiana that was provided in the Comcast subscriber information set forth in paragraph 33. Adam HEGYI's girlfriend "Amanda" was also researched in a public database and she appears to live at the SUBJECT PREMISES.

27.     On June 1, 2017, I checked the Indiana Bureau of Motor Vehicles database and found Adam Russel HEGYI's current address listed as 1420 N. Jay Street, Griffith, IN 46319. Also on June 1, 2017, I drove to the SUBJECT PREMISES and observed there a 2007 Ford Crown Victoria, license plate LE4913, which is registered to HEGYI at the Jay Street address.

28.     On June 1, 2017, AT&T was served an administrative subpoena requesting subscriber data for cell phone number 219-776-9041, the number A.S. used to communicate with HEGYI and the number used to verify HEGYI's Facebook accounts. AT&T responded and reported that the billing, user and mailing information all resolve back to the person identified herein as simply "Amanda" at the SUBJECT PREMISES.

11

## REQUEST FOR SEALING OF COPMLAINT/AFFIDAVIT

29. It is respectfully requested that this Court issue an order sealing, until further order of this Court, all papers submitted in support of this application for a criminal complaint. Sealing is necessary until Adam Russell HEGYI can be arrested and his current residence searched pursuant to a warrant sought under separate cover.

## PROBABLE CAUSE

30. Based on the above facts, I believe probable cause exists for the issuance of a complaint charging that between on or about January 1, 2015 and June 2, 2017, Adam Russell HEGYI (hereafter HEGYI) violated Title 18, United States Code, Section 1470, by using a facility or means of interstate commerce to knowingly transfer obscene matter to an individual under the age of 16, and also violated Title 18, United States Code, Section 2261A(2), by using an interactive computer service or electronic communication service or electronic communication system of interstate commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to another person with intent to injure, harass, intimidate, or place that person under surveillance.

31. I therefore respectfully request that the attached warrant be issued authorizing said complaint.

FURTHER AFFIANT SAYETH NAUGHT.

*Nikkole Robertson*
Nikkole Robertson
Special Agent
FBI Indianapolis

Sworn and subscribed before me this 2ND day of June, 2017.

s/ Andrew P. Rodovich
_____
UNITED STATES MAGISTRATE JUDGE

13