AO 243 (Rev. 09/17)

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name *(under which you were convicted)*: Adam Russell Hegyi | Northern Indiana   Docket or Case No.: |
| Place of Confinement: United States Penitentiary Marion | Prisoner No.: 17058-027 |
| UNITED STATES OF AMERICA    v. | Movant *(include name under which convicted)* Adam R. Hegyi |

## MOTION

— FILED —

JAN 13 2020

ROBERT N. TROWICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

1.  (a) Name and location of court which entered the judgment of conviction you are challenging:

    Indiana, Northern District

    (b) Criminal docket or case number (if you know): _____

2.  (a) Date of the judgment of conviction (if you know): 1/9/19
    (b) Date of sentencing: 1/9/19

3.  Length of sentence: 270 months

4.  Nature of crime (all counts):
    1. Production of child pornography
    2. Production of child pornography
    3. Receipt of child pornography
    4. Distribution of child pornography
    5. Transfer of obscenity to a minor
    6. Online stalking

5.  (a) What was your plea? (Check one)
    (1) Not guilty [ ]    (2) Guilty [✓]    (3) Nolo contendere (no contest) [ ]

6.  (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6.  If you went to trial, what kind of trial did you have? (Check one)    Jury [ ]    Judge only [ ]

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes [ ]    No [✓]

Page 2 of 13

AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☑
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____
(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☐
    (7) Result: _____
    (8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☐
    (2) Second petition:    Yes ☐    No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

GROUND ONE: *Ineffective Assistance of Counsel*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Errors by defense Counsel lead to a significantly higher sentence. Petitioner will be filing additional briefs with detailed account of his claims.*

(b) **Direct Appeal of Ground One:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☑
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☑
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐

AO 243 (Rev. 09/17)

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** _____

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

    (b) **Direct Appeal of Ground Two:**
        (1) If you appealed from the judgment of conviction, did you raise this issue?
            Yes ☐    No ☐

AO 243 (Rev. 09/17)

    (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

AO 243 (Rev. 09/17)

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐    No ☐
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
       Yes ☐    No ☐
   (2) If you answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
       Yes ☐    No ☐
   (4) Did you appeal from the denial of your motion, petition, or application?
       Yes ☐    No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
       Yes ☐    No ☐

AO 243 (Rev. 09/17)

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    Docket or case number (if you know):

    Date of the court's decision:

    Result (attach a copy of the court's opinion or order, if available):

    (7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

  (b) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☐

    (2) If you did not raise this issue in your direct appeal, explain why:

  (c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☐

    (2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:
Kevin E. Milner  1201 N. Main St. Suite A Crown Point, IN 46307

(b) At the arraignment and plea:
Kevin E. Milner  1201 N. Main St. Suite A Crown Point, IN 46307

(c) At the trial:

(d) At sentencing:
Kevin E. Milner 1201 N. Main St. Suite A Crown Point, IN

(e) On appeal:

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:
(c) Give the length of the other sentence:
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☐

AO 243 (Rev. 09/17)

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief:

_Vacate and Remand for New sentence_
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _10/6/20_ .
(month, date, year)

Executed (signed) on _10/6/20_ (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

Page 13 of 13

```
USDC IN/ND case 2:17-cr-00082-JVB-APR   document 56   filed 01/13/20   page 13 of 14
MARCS  542*22 *         SENTENCE MONITORING         *    02-21-2019
PAGE 001 OF 001 *          GOOD TIME DATA           *     08:24:59
                        AS OF  02-21-2019

REGNO...: 17058-027   NAME: HEGYI, ADAM RUSSELL
ARS 1...: MAR A-DES                                    PLRA
COMPUTATION NUMBER..: 010                        PRT   ACT DT:
LAST UPDATED: DATE.: 02-01-2019          FACL..: DSC     CALC: AUTOMATIC
UNIT................: UM NORTH           QUARTERS............: X01-117U
DATE COMP BEGINS....: 01-09-2019         COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 582                TOTAL INOP TIME.....: 0
CURRENT REL DT......: 10-11-2039 TUE     EXPIRES FULL TERM DT: 12-04-2039
PROJ SATISFACT DT...: 01-10-2037 SAT     PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:                    ACTUAL SATISF METHOD:
DAYS REMAINING......:                    FINAL PUBLC LAW DAYS:
GED PART STATUS.....:                    DEPORT ORDER DATED..:

--------------------------GOOD CONDUCT TIME AMOUNTS--------------------------

  START       STOP       MAX POSSIBLE TO    ACTUAL TOTALS    VESTED    VESTED
  DATE        DATE       DIS    FFT         DIS    FFT       AMOUNT    DATE
 06-06-2017  06-05-2018   54     54
 06-06-2018  06-05-2019   54
 06-06-2019  06-05-2020   54
 06-06-2020  06-05-2021   54
 06-06-2021  06-05-2022   54
 06-06-2022  06-05-2023   54
 06-06-2023  06-05-2024   54
 06-06-2024  06-05-2025   54
 06-06-2025  06-05-2026   54
 06-06-2026  06-05-2027   54
 06-06-2027  06-05-2028   54
 06-06-2028  06-05-2029   54
 06-06-2029  06-05-2030   54
 06-06-2030  06-05-2031   54
 06-06-2031  06-05-2032   54
 06-06-2032  06-05-2033   54
 06-06-2033  06-05-2034   54
 06-06-2034  06-05-2035   54
 06-06-2035  06-05-2036   54
 06-06-2036  01-10-2037   32

    TOTAL EARNED AMOUNT..........................................:     54
    TOTAL EARNED AND PROJECTED AMOUNT............................:   1058




G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
MARCS   540*23  *           SENTENCE MONITORING              *    02-21-2019
PAGE 001         *          COMPUTATION DATA                 *    08:18:55
                            AS OF 02-21-2019

REGNO..: 17058-027 NAME: HEGYI, ADAM RUSSELL


FBI NO............: 805941KC7         DATE OF BIRTH: 11-18-1986  AGE:   32
ARS1..............: MAR/A-DES
UNIT..............: UM NORTH           QUARTERS.....: X01-117U
DETAINERS.........: NO                 NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 07-10-2036

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-10-2037 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: INDIANA, NORTHERN DISTRICT
DOCKET NUMBER....................: 2:17CR82-001
JUDGE............................: VAN BOKKELEN
DATE SENTENCED/PROBATION IMPOSED: 01-09-2019
DATE COMMITTED...................: 02-11-2019
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $200.00         $00.00           $00.00        $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT: $50,000.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  512
OFF/CHG: 18:2251(A) PRODUCTION OF CHILD PORNOGRAPHY & SEXUAL
         EXPLOITATION FORFEITURE ALLEGATIONS

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     270 MONTHS
  TERM OF SUPERVISION............:      17 YEARS     6 MONTHS
  DATE OF OFFENSE................: 06-06-2017




G0002        MORE PAGES TO FOLLOW . . .
```