AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ADAM RUSSELL HEGYI
    Petitioner

v.      Civil Action No.   2:20-cv-14
    arising from 2:17-cr-82

UNITED STATES OF AMERICA
    Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:   The Petitioner's Motion under 28 US.C. § 2255 to Vacate, Set Aside or Correct Sentence is DENIED.   Certificate of appealability is DENIED.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Joseph S. Van Bokkelen on Motion filed under 28 US.C. § 2255 to Vacate, Set Aside or Correct Sentence filed by Petitioner

DATE:   6/25/2021

ROBERT TRGOVICH, CLERK OF COURT

by   S. Kowalsky
*Signature of Clerk or Deputy Clerk*